**No. 10-9869. Karl Little, Petitioner v. Millicent Warren, Warden.**

563 U.S. 1037, 131 S. Ct. 2967, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4220.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9872. DeAnthony Doane, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

563 U.S. 1037, 131 S. Ct. 2967, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4311.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 424.

**No. 10-9874. Javier Ortiz, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4368.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9876. Samaad Bishop, Petitioner v. Toys "R" Us, Inc., et al.**

563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4233.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 385 Fed. Appx. 38.

**No. 10-9880. Terrell Whitley, Petitioner v. Virginia.**

563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4372.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-9881. Vincent Terrell, Petitioner v. Jeffrey Woods, Warden.**

563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4189.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9883. Jerry Wayne Williams, Petitioner v. Texas.**

563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4279.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Second District, denied.